## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02506-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

BOBBY BAKER,

    Applicant,

v.

LOU ARCHULETA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant, Bobby Baker, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Fremont Correctional Facility in Cañon City, Colorado. Applicant has submitted a pleading indicating he seeks to challenge his criminal conviction in a 28 § U.S.C. § 2254 action.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   X     the account statement showing the current balance in Applicant's prison account is not certified
(5)   __    is missing required financial information
(6)   __    is missing an original signature by the prisoner
(7)   __    is not on proper form (must use the Court's current form)
(8)   __    names in caption do not match names in caption of complaint, petition or habeas application
(9)   __    An original and a copy have not been received by the court. Only an original has been received.
(10)  __    other:

**Complaint, Petition or Application**:
(11)  __    is not submitted
(12)  __    is not on proper form (must use the Court's current form)
(13)  __    is missing an original signature by the prisoner
(14)  __    is missing page nos. ___
(15)  __    uses et al. instead of listing all parties in caption
(16)  __    An original and a copy have not been received by the court. Only an original has been received.
(17)  __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  __    names in caption do not match names in text
(19)  __    other:

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 17, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge