**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02506-BNB

BOBBY BAKER,

    Applicant,

v.

LOU ARCHULETA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On January 13, 2014, Applicant filed a Motion for This Court to Grant My 28 U.S.C. 2254 Habeas Corpus, ECF No. 15, and a Motion for Appointment of Counsel, ECF No. 16.  In the Motion to Grant, Applicant asserts that Respondents have failed to file a timely Response and the § 2254 Habeas should be granted.  Respondents filed a timely Pre-Answer Response, ECF No. 14, on December 6, 2013, pursuant to the extension of time they were granted on November 8, 2013.

    Applicant's Motion to Grant, ECF No. 15, is denied.  Applicant's Motion for Appointment of Counsel, ECF No. 16, also is DENIED.  Although it is contradictory that Applicant would request appointment of counsel if he believed Respondents had failed to respond and his habeas action should be granted, the Court directs Respondents to resend a copy of their Pre-Answer Response to Applicant and a new certificate of mailing to the Court verifying again that a copy was mailed to Applicant.  Applicant shall have twenty-one days to file a Reply from the date Respondents submit the certificate of mailing to the court.

Dated:  January 14, 2014